**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **FARMERS INSURANCE GROUP** | § § | |
| **V.** | § § | **NO. 1:05-CV-645** |
| **GOVERNMENT NATIONAL MORTGAGE ASSOCIATION** | § § § | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge for pretrial proceedings under Referral Order RC-72.1.  The court has received and considered the Report of the United States Magistrate Judge pursuant to such order.

The magistrate judge recommends that the court grant defendant's motion to dismiss.  No objections to this recommendation have been filed.  The court otherwise finds the magistrate judge's report to be correct and the report is **ADOPTED**.  It is further

**ORDERED** that defendant's motion to dismiss (Docket No. 3) is **GRANTED**.  Final judgment will be entered separately.  The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

So **ORDERED** and **SIGNED** this  7   day of **February, 2006.**

_____
Ron Clark, United States District Judge